■ JOHN NORMAN, Respondent, v. JOHN F. DRUZBICK, Appellant.— In an action to recover damages for personal injuries sustained by the plaintiff as a consequence of the defendant's negligence in the operation of a motor vehicle at a claimed excessive rate of speed so as to cause it to skid over a shaded ice patch on a parking lot driveway, defendant appeals from an order of the Supreme Court, Suffolk County, entered May 3, 1960, granting plaintiff's

motion for summary judgment striking out the answer and directing an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, whether the defendant operated his vehicle at a speed which could be said to be inconsistent with the exercise of reasonable care under the prevailing circumstances, so as to have negligently caused it to skid, is a question of fact which should be resolved after trial (*Cutler* v. *Brockington*, 10 A D 2d 712). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.